IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTALPHA MACAU COMMERCIAL OFFSHORE LIMITED,<br><br>　　　　Plaintiff,<br>　v.<br>DAMODER REDDY, et al.,<br>　　　　Defendants<br>_____<br>DAMODER REDDY,<br>　　　　Counterclaimant,<br>　v.<br>PENTALPHA OFFSHORE LIMITED, et al.,<br>　　　　Counterdefendants　　　　　　／ | No. C 03-5914 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF/ COUNTERDEFENDANT PENTALPHA'S MOTION FOR DISCOVERY SANCTIONS AND MONETARY SANCTIONS** |

　　　　Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff/ counterdefendant Pentalpha Macau Commercial Offshore Limited's ("Pentalpha") Motion for Discovery Sanctions Against Damoder Reddy and Monetary Sanctions Against Reddy and His Counsel Stanley Hilton, filed July 20, 2005, and all other discovery disputes, are referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.  To the extent Pentalpha seeks an order dismissing certain counterclaims as a discovery sanction, the motion is referred for a report and

1 recommendation.

2     Counsel will be advised of the date, time and place of the next appearance by notice
3 from the assigned Magistrate Judge's chambers.

4     The hearing scheduled for August 26, 2005 before the undersigned is VACATED.

5     **IT IS SO ORDERED**.

Dated: July 22, 2005                  /s/ Maxine M. Chesney
                                              MAXINE M. CHESNEY
                                              United States District Judge