**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  PENTALPHA MACAU COMMERCIAL
   OFFSHORE LIMITED,

9              Plaintiff,

10    v.

11  DAMODER REDDY, et al.,

12             Defendants

13  _____

14  DAMODER REDDY,

15             Counterclaimant,

16    v.

   PENTALPHA OFFSHORE LIMITED, et al.,

17             Counterdefendants
                                        /

18  _____

No. C 03-5914 MMC

**ORDER STRIKING
COUNTERDEFENDANT PENTALPHA'S
ANSWER TO THIRD AMENDED
COUNTERCLAIM**

19

20

21

22

23

24

25

        The Court's review of the docket indicates that on July 20, 2005, counterdefendant Pentalpha Macau Commercial Offshore, Limited ("Pentalpha") electronically filed its Answer to Reddy's Third Amended Counterclaim. Pentalpha, in violation of both the Court's Standing Orders and General Order 45, has failed to provide a chambers copy of its answer. Accordingly, for the reasons stated in the Court's order of April 13, 2005, Pentalpha's answer is hereby STRICKEN, without prejudice to Pentalpha's re-filing the document electronically and timely providing chambers with a paper copy thereof.

26         **IT IS SO ORDERED**.

27  Dated:  August 3, 2005

28                                          _____
                                            MAXINE M. CHESNEY
                                            United States District Judge