IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENTALPHA MACAU COMM,     No. C-03-05914 MMC (EDL)

    Plaintiff,     **ORDER REGARDING PENTALPHA'S MOTION FOR SANCTIONS**

  v.

DAMODER REDDY,

    Defendant.

    /

In its Motion for Discovery Sanctions and Monetary Sanctions, Pentalpha Macau Commercial Offshore Limited references but does not attach Domoder Reddy's original discovery responses. The Court orders Pentalpha to file these original responses before September 6, 2005. The Court also reminds the parties of their obligations under Local Rule 5-1(b) to submit to Chambers a copy of any filed documents.

**IT IS SO ORDERED.**

Dated: September 1, 2005

                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge