IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTALPHA MACAU COMMERCIAL OFFSHORE LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>DAMODER REDDY,<br><br>    Defendant.<br>_____/ | No. C-03-05914 MMC (EDL)<br><br>**ORDER VACATING HEARINGS ON RULE 11 MOTIONS** |

    Plaintiff and counter-defendant Pentalpha Macau Commercial Offshore Limited and defendant and counter-claimant Damoder Reddy each filed Rule 11 motions in this case. Finding the matters appropriate for decision without oral argument, the Court hereby vacates the hearings on the Rule 11 motions, both of which were set for October 11, 2005. In light of this Order, Pentalpha's request to appear by telephone at the hearing is denied as moot.

    **IT IS SO ORDERED.**

Dated: October 7, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge