IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTALPHA MACAU COMMERCIAL OFFSHORE LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>DAMODER REDDY,<br><br>    Defendant.<br>_____/ | No. C-03-05914 PJH (EDL)<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO COMPEL** |

    Plaintiff Pentalpha Macau Commercial Offshore Limited's motion to compel discovery and impose discovery sanctions is scheduled to be heard on October 25, 2005. Defendant Damoder Reddy has not opposed the motion. The Court accordingly vacates the hearing and takes the matter under submission.

    **IT IS SO ORDERED.**

Dated: October 24, 2005

                                                         ELIZABETH D. LAPORTE<br>
                                                          United States Magistrate Judge