1  Law Offices
**FLYNN & STILLMAN**
2  224 Birmingham Drive, Suite 1A4
Cardiff, California 92007
3  Tel. (888) 235-4279
Fax (888) 235-4279

4  PHILIP H. STILLMAN, Bar # 152861

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

5  Attorneys for plaintiff, PENTALPHA MACAU COMMERCIAL OFFSHORE LIMITED

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PENTALPHA MACAU COMMERCIAL OFFSHORE LIMITED, a Macau, PRC corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>DAMODER REDDY, an individual; and DOES 1 through 10 inclusive,<br><br>  Defendants.<br>_____<br>DAMODER REDDY, an individual,<br><br>  Counterclaimant,<br><br>  vs.<br><br>PENTALPHA MACAU COMMERCIAL OFFSHORE LIMITED, a Macau, PRC corporation, et al.<br><br>  Counterdefendants<br>_____ | CASE NO.: 03-5914 MMC (EDL)<br><br>STIPULATION AND ORDER DISMISSING COMPLAINT AND THIRD AMENDED COUNTERCLAIM WITH PREJUDICE PURSUANT TO SETTLEMENT<br><br><br><br><br><br><br><br><br><br>Hon. Maxine M. Chesney |

Plaintiff and counterdefendant Pentalpha Macau Commercial Offshore Limited and defendant and counterclaimant Damoder Reddy hereby present the following stipulation to the Court.

WHEREAS, the parties have entered into and executed a written settlement resolving this case in its entirety;

WHEREAS, counsel for Reddy, Stanley Hilton, has the settlement amount in his Client Trust account to be paid within five business days of the filing of this Stipulation for Dismissal,

NOW THEREFORE, the parties hereby stipulate as follows:

1. The First Amended Complaint and the Third Amended Counterclaim shall be dismissed with prejudice as to all parties.

2. Each party shall bear its own costs and attorney's fees.

Respectfully Submitted,

FLYNN & STILLMAN

Dated: January 12, 2006     By:_____
                              Philip H. Stillman, Esq.
                            Attorneys for PENTALPHA MACAU COMMERCIAL
                            OFFSHORE LIMITED and GARY RHEA

LAW OFFICES OF STANLEY HILTON

Dated: January 12, 2006     By: /s/ Stanley G. Hilton
                              _____
                              Stanley G. Hilton, Esq.
                            Attorneys for DAMODER REDDY

**IT IS SO ORDERED.**

Dated: January 23, 2006     _____
                            Hon. Maxine M. Chesney

Stipulation for Dismissal Pursuant to Terms of Settlement           -1-